IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:25-CV-00961-KDB-DCK

**KEVIN BERRY,**

**Plaintiff,**

**v.**

**WESTERN CAROLINA PIZZA VENTURES, LLC,**

**Defendant.**

**MEMORANDUM AND ORDER**

**THIS MATTER** is before the Court in this putative class and collective action on the Parties' Renewed Preliminary Approval Motion (Doc. No. 16). The Court has carefully considered this Motion and the Parties' supporting brief and exhibits, including the proposed Notice to potential members of the class and collective. The Parties have addressed some, but not all, of the Court's expressed concerns with the proposed settlement and notice. *See* Doc. No. 14. Nevertheless, the Court will preliminarily approve the Parties' Settlement and Release Agreement ("Settlement Agreement") and authorize the use and delivery of the Notice of Class and Collective Action Settlement ("Class Notice") and Consent to Join Form ("Claim Form") (Doc. Nos. 16-1, 16-2) under Rule 23 and all other applicable Federal Rules of Civil Procedure and governing law, with the following modifications and caveats:

1. The Class Notice must be sent by text in addition to mail and email. In light of Defendant's statement that it may not have emails for the class members, the Class Notice is most likely to reach class members if texts are also sent using the most recent phone numbers known to Defendant;

2. In the Class Notice each person must be told specifically how much he or she will receive in the settlement if they make a claim. The brief says this has been done, but the draft Class Notice doesn't appear to include the number. Therefore, the following statement must be added to each Class Notice as a separate bolded sentence after the second paragraph:

   **Subject to all the terms and conditions of the settlement, including the release of claims, you will be entitled to receive $______ if you submit a claim.**

3. The Final Fairness Hearing should be set for March 23, 2027, in the Class Notice;
4. Plaintiff must file with the Court its motion for final approval and supporting memorandum no less than 30 days prior to the Final Fairness Hearing; and
5. In preliminarily approving the Parties' settlement agreement and Class Notice, the Court defers full consideration of Plaintiff's request for attorneys' fees until the final approval hearing, as well as approval of the imposition of the proposed release on potential class or collective members who do not cash the $40 minimum payment or otherwise respond to the Notice.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: November 23, 2026

Kenneth D. Bell
United States District Judge